1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

### SOUTHERN DIVISION

12
13
14
15
16
17
18
19

| | |
|---|---|
| JOSE MALDIA, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a<br>Delaware corporation,<br><br>           Defendant. | Case No. EDCV 09-2078 AG (DTBx)<br><br>**JUDGMENT**<br><br>Judge:      Hon. Andrew J. Guilford<br>Trial Date:  November 2, 2010<br>Trial Time:  9:00 a.m.<br>Courtroom:  10D (Santa Ana) |

20
21
22
23
24
25
26
27
28

       This action came on for a four-day jury trial before the Court, on November 2-
5, 2010, Hon. Andrew J. Guilford, District Court Judge Presiding.  The evidence
presented having been fully considered, the issues having been duly heard and a jury
verdict having been duly rendered,

       IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Jose Maldia take
nothing on the claims for relief asserted in his Complaint for Damages, that judgment

1    be entered in favor of defendant Chipotle Mexican Grill, Inc. and that defendant

2    Chipotle Mexican Grill, Inc. recover its costs in an amount to be determined.

3

4

5    Dated:  December 14, 2010

6                               By:_____

7                                   Hon. Andrew J. Guilford
                                     United States District Court Judge

8

9

10

11      Submitted By:

12      MESSNER & REEVES, LLC
      Matthew Groves (Pro Hac Vice)

13      Charles C. Cavanagh (State Bar No. 198468)

14

15      By: s/Charles C. Cavanagh_____

16          Charles C. Cavanagh
          Attorneys for Defendant

17          CHIPOTLE MEXICAN GRILL, INC.

18

19

20

21

22

23

24

25

26

27

28